UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | No. 2:25-cv-3134-DAD-CKD (PS)<br><br><br>ORDER |

The Court having considered Plaintiff's Ex Parte Application for Order Extending Time to Conduct Rule 26 Meet and Confer (ECF No. 12), and good cause appearing, IT IS ORDERED that the deadline to conduct the Rule 26 meet and confer conference is extended to 14 days after the Court rules on Plaintiff's Motion to Strike Defendant's Affirmative Defenses, currently scheduled for hearing January 21, 2026.

IT IS FURTHER ORDERED that the joint status report shall be due 7 days after the meet and confer conference.

Dated: December 23, 2025

                                                                           _____<br>
                                                                           CAROLYN K. DELANEY<br>
                                                                           UNITED STATES MAGISTRATE JUDGE

8 bang25cv3134.36sched